UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WENDELL COLEMAN,

    Plaintiff,

v.

ELIA ORTIZ, et al.,

    Defendants.

Case No. 21-cv-01167-SI

**JUDGMENT**

This action is dismissed because plaintiff did not file a pleading showing the court has subject matter jurisdiction over this action.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 4, 2021

SUSAN ILLSTON
United States District Judge